UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **21-cr-00565 (CJN)** |
| v. | : | |
| | : | |
| **ULIYAHU HAYAH,** | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth Rogers is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney

*/s/Elizabeth Rogers*
ELIZABETH ROGERS
Assistant United States Attorney
Detailed to the District of Columbia
TN Bar No. 33004
167 North Main Street, Suite 800
Memphis, TN 38103
Elizabeth.rogers@usdoj.gov

2

**CERTIFICATE OF SERVICE**

      On this 18th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

Date: October 18, 2021	*/s/Elizabeth Rogers*
ELIZABETH ROGERS
Assistant United States Attorney
Detailed to the District of Columbia
TN Bar No. 33004