**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-00565 (CJN)** |
| v. : | |
| : | |
| **ULIYAHU HAYAH,** : | |
| : | |
| : | |
| **Defendant** : | |

**NOTICE OF WITHDRAWL**

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Trial Attorney, detailee, Clayton H. O'Connor, as counsel for the United States, is terminating his appearance as counsel of records in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      *Clayton H. O'Connor*
Clayton H. O'Connor
Trial Attorney, detailed to the
United States Attorney's Office for the
  District of Columbia
MD Bar No. 0512150005
555 Fourth Street, N.W.
Washington, D.C. 20530
202-616-3308
clayton.oconnor@usdoj.gov