**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 21-565 (CJN) |
| ) | |
| **ULIYAHU HAYAH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Maria Jacob on behalf of the defendant, Uliyahu Hayah, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org