UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       v.<br><br>ULIYAHU HAYAH,<br><br>              *Defendant*. | Criminal Action No. 1:21-cr-00565 (CJN) |

### ORDER

This matter is before the Court on Defendant's Motion to Dismiss Count Two of the Superseding Indictment, ECF No. 26. Upon review of the Motion and the Government's Response, the Motion is granted for the reasons set forth in *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 823070 (D.D.C. Mar. 7, 2022), and *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 1718984 (D.D.C. May 27, 2022).

Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss Count Two of the Superseding Indictment is **GRANTED**.

DATE: August 18, 2022

CARL J. NICHOLS
United States District Judge

1