Use the Tab key to move from field to field on this form.

CO-290
Notice of Appeal Criminal
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-565 (CJN)
)
ULIYAHU HAYAH )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC 20253

Offense: 18 USC 231(a)(3); 18 USC 1512(c)(2) & 2; 18 USC 111(a)(1); 18 USC 1752(a)(1), (2),& (4); 40 USC 5104(e)(2)(D), (F) & (G).

Concise statement of judgment or order, giving date, and any sentence:

Order, entered August 18, 2022, granting Defendant's Motion to Dismiss Count Two of the Superseding Indictment

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

September 19, 2022 | United States of America
DATE | APPELLANT
 | Elizbabeth H. Danello
 | ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ✔   NO ☐
Has counsel ordered transcripts?         YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ✔