# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

ULIYAHU HAYAH,

       *Defendant.*

Criminal Action No. 1:21-cr-00565 (CJN)

## REVISED PRE-TRIAL SCHEDULING ORDER

A trial is set to commence in this matter on **November 6, 2023**, at 9:00 a.m., in Courtroom 17. A pre-trial conference shall be set for **November 3, 2023**, at 12:30 p.m., in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1.    The Parties shall file their pretrial motions (including motions *in limine*), if any, on or before **September 15, 2023**; oppositions shall be filed on or before **September 29, 2023**; and replies shall be filed on or before **October 6, 2023**.

2.    Before filing a pretrial motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

3.    The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **September 15, 2023**.

4.    The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **October 6, 2023**. Any *Brady* material not already disclosed also must be disclosed by this date.

5.      On or before **October 27, 2023**, the Parties shall exchange amongst themselves a list of any witnesses it intends to call in their case in chief as well as any proposed exhibits it intends to introduce in its case in chief.

6.      On or before **November 1, 2023**, counsel shall file a Joint Pretrial Statement that contains the following:

    a.      <u>Proposed Legal Instructions</u>: The Parties shall identify any applicable legal instructions applicable to the charges that it wishes for the Court to consider.

    b.      <u>List of witnesses</u>. The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

    c.    <u>Exhibit lists</u>. The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    d.    <u>Stipulations</u>. The Parties shall submit a draft of all stipulations.

7.    Counsel shall appear on **November 3**, **2023,** for a pre-trial conference in Courtroom 17 at 12:30 p.m.

DATE: May 19, 2023

_____
CARL J. NICHOLS
United States District Judge