# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3065**                          **September Term, 2024**

                                                    1:21-cr-00565-CJN-1

                                   **Filed On:** September 11, 2024

United States of America,

     Appellant

     v.

Uliyahu Haya, also known as Uliyahu Ben'arie Hayah, also known as Wiyaha B Hayah, also known as Lemon Raetheon Williams, also known as Le Mon Williams,

     Appellee

### **O R D E R**

Upon consideration of appellant's unopposed motion to dismiss, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                            BY:     /s/
                                           Lynda M. Flippin
                                           Deputy Clerk