UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| V. | : | Case No.: 21-cr-565-CJN |
| | : | |
| **ULIYAHU HAYAH,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Michael M. Gordon, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ *Michael M. Gordon*
        Assistant United States Attorney - Detailee
        U.S. Attorney's Office for the District of Columbia
        Florida Bar No. 1026025
        601 D Street, N.W.
        Washington, D.C. 20530
        Office: (813) 274-6370
        Email: michael.gordon3@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 18th day of September, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                              By:    /s/ *Michael M. Gordon*
                                            Assistant United States Attorney - Detailee