# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   **21-cr-565 (CJN)** |
| **ULIYAHU HAYAH** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Uliyahu Hayah, through undersigned counsel, requests that the sentencing currently scheduled for January 17, 2025 be continued for approximately two weeks. In support, the parties submit as follows:

Mr. Hayah entered a plea of guilty to Count Three of the Superseding Indictment on August 14, 2024. Given undersigned counsel's anticipated maternity leave, the Court graciously accommodated counsel's schedule and set the sentencing hearing for January 17, 2025. Undersigned counsel is currently on leave and plans to extend that leave until January 21, 2025.

For this reason, undersigned counsel respectfully requests a brief continuance until the last week of January or the first week of February.[1]

Undersigned counsel conferred with government counsel who has no opposition to this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

---

[1] Government counsel is available after the currently scheduled trial before this Court in the last week of January.

1

                                                                       /s/

Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org